# Third District Court of Appeal

## State of Florida

Opinion filed June 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1566
Lower Tribunal No. F24-7758
_____


**Jason Sanchez-Vanega,**
Appellant,

vs.

**State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Jason Sanchez-Vanega, in proper person.

James Uthmeier, Attorney General, and Jason Michael Ross, Assistant Attorney General, for appellee.


Before MILLER, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.